158 A.3d 1225

COMMONWEALTH of Pennsylvania, Respondent

v.

Mark P. WILLIAMS, Petitioner

No. 121 EAL 2016

Supreme Court of Pennsylvania.

September 30, 2016

## ORDER

PER CURIAM

**AND NOW**, this 30th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.